# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

MENNO, LTD., d/b/a The Belmont,

Debtor(s).

Chapter 11 Case
Case Number BKY 11-40379

## ORDER AND NOTICE FOR HEARING IN SMALL BUSINESS CHAPTER 11 CASE, ON CONFIRMATION OF PLAN AND ON FINAL APPROVAL OF DISCLOSURE STATEMENT

**IT IS ORDERED:**

1. **APPROVAL OF DISCLOSURE STATEMENT.** The disclosure statement filed by debtor, its proponent, on June 1, 2011, dated June 1, 2011, regarding the plan filed by the proponent on June 1, 2011, dated June 1, 2011, is conditionally approved.

2. **FINAL HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN.** A hearing to consider final approval of the disclosure statement and confirmation of the Plan will be held on **July 12, 2011, at 10:30 a.m.** in Courtroom No. 7W, 300 South Fourth Street, Minneapolis, MN.

3. **OBJECTIONS.** An objection to the disclosure statement or confirmation of the plan shall be made under Local Rule 3020-1. Seven days prior to the hearing is the last day to timely deliver an objection, and ten days prior to the hearing is the last day to timely mail an objection. The objection must be filed not later than one day after service.

4. **OBJECTIONS TO DISCHARGE. July 12, 2011**, which is the first date set for the hearing on confirmation, is fixed as the last day to file a complaint objecting to the debtor's discharge.

5. **DISCOVERY.** Unless the parties agree otherwise by written stipulation, Fed. R. Civ. P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply.

6. **BALLOTS TO ACCEPT OR REJECT PLAN.** Five days prior to the hearing is fixed as the last day to timely file the ballots to accept or reject the plan. The attorneys for the proponent and the unsecured creditors committee shall jointly count the ballots and file a report of the tabulation not later than 24 hours before the hearing under Local Rule 3020-2.

7. **MAILING OF NOTICE, COPIES AND BALLOTS.** Not less than twenty-eight (28) days prior to the hearing, the proponent under supervision of its attorneys shall prepare and mail pursuant to Local Rule 3017-1(b), and in accordance with the clerk's instructions, appropriate copies of this order and notice, letters of transmittal if any, the approved official form ballot, the approved disclosure statement, and the plan, to the entities specified in Local Rule 9013-3(a)(2), all creditors, equity security holders, and other parties in interest.

Dated: June 2, 2011.

/e/ Nancy C. Dreher

Nancy C. Dreher
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/02/2011*
Lori Vosejpka, Clerk, by KK